IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY A. POWELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>CARNIVAL CRUISE LINES and<br>DOES 1 through 50,<br><br>        Defendants. | No. CV-F-05-1238 REC DLB<br><br>ORDER DECLINING TO CONSIDER PLAINTIFF'S EX PARTE COMMUNICATION OF NOVEMBER 30, 2005, A MOTION FOR RECONSIDERATION. |

    On November 7, 2005, the Court heard Plaintiff Murray A. Powell's motion to remand and a motion to dismiss by Defendant Carnival Corporation ("Carnival"), sued as Carnival Cruise Lines. By Order filed on November 17, 2005 ("Order"), the Court denied Plaintiff's motion, denied Defendant's motion, and transferred the action to the Southern District of Florida.

    On November 30, 2005, Plaintiff sent a letter to the Court (the "Letter"). The Letter reiterated Plaintiff's position that the case should be returned to the Kern County Superior Court in Bakersfield. The Court has previously held that it lacks the authority to grant relief on the grounds Plaintiff presents.

Order at 3-4.  Furthermore, the Letter does not appear to have been served on the opposing party.

The Court will not deem Plaintiff's ex parte letter of November 30, 2005, to be a motion for reconsideration.

IT IS SO ORDERED.

**Dated: December 2, 2005**          /s/ Robert E. Coyle
810ha4                                UNITED STATES DISTRICT JUDGE

2