IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY A. POWELL,<br><br>        Plaintiff,<br><br>   vs.<br><br>CARNIVAL CRUISE LINES and<br>DOES 1 through 50,<br><br>        Defendants. | No. CV-F-05-1238 REC DLB<br><br>ORDER DECLINING TO CONSIDER<br>PLAINTIFF'S LETTER OF<br>DECEMBER 6, 2005, AND<br>DIRECTING PLAINTIFF TO<br>COMPLY WITH LOCAL RULES<br>REGARDING SUBMISSION AND<br>SERVICE OF FILINGS WITH THE<br>COURT. |

    On November 28, 2005, the Court received a letter from Plaintiff informing the Court of his intent to appeal the Court's Order Denying Plaintiff's Motion to Remand, Denying Defendant's Motion to Dismiss, and Transferring Action to the United States District Court for the Southern District of Florida, Miami Division (the "Order") (Doc. 19), which it issued November 17, 2005. On November 30, 2005, the Court received another letter from Plaintiff that reiterated Plaintiff's position that the Court erred when it issued the Order.

    On December 6, 2005, the Clerk of the Court received via fax

1

1 another letter from Plaintiff.  The letter states Plaintiff's
2 belief that Defendant counsel and the Court engaged in misconduct
3 in connection with the Order.  Page 2 of the letter also
4 indicates that Plaintiff intends to send "a detailed letter
5 proving the felonies by attorney Tucker and the proof that I
6 cannot travel to either Fresno or Miami . . . ."

7    As a *pro per* litigant, Plaintiff has a duty to acquaint
8 himself with the rules that govern proceedings in this Court.
9 L.R. 83-183(a) (failure of pro per litigant to comply with the
10 Federal Rules of Civil Procedure and the Local Rules "may be
11 ground for dismissal, judgment by default, or any other sanction
12 appropriate under these Rules").

13    Local Rule 5-133(e) provides, "Documents directly faxed to
14 the Clerk or to a chambers of the Court will not be filed,
15 lodged, received, returned, or acknowledged, absent an express
16 order of the court."  Furthermore, "[e]xcept as expressly
17 authorized in advance by the Court, all paper documents presented
18 for filing or lodging shall be delivered to the Clerk who will,
19 when appropriate, deliver the documents to the Judge or
20 Magistrate Judge after docketing.  Original documents to be filed
21 or lodged **shall not be mailed to chambers**."  L.R. 5-133(d)(1)
22 (emphasis added).

23    Plaintiff appears to have failed to serve Defendant any of
24 this correspondence.  "Unless a party expressly waives service,
25 copies of all documents submitted to the Court shall be served
26 upon all parties to the action, . . . ."  L.R. 5-135(b).

2

1 **Accordingly:**

2 1.   The letter of December 6, 2005, was improperly filed
3      and will not be considered by the Court.
4 2.   Plaintiff is directed to submit paper copies of any
5      future filings with the Clerk of the Court in
6      compliance with Local Rule 5-133.
7 3.   Plaintiff is directed to serve on all parties to the
8      action a copy of all documents it submits to the Court
9      in the future pursuant to Local Rule 5-135.

12 IT IS SO ORDERED.

13 **Dated:  December 9, 2005**              /s/ Robert E. Coyle
   810ha4                                   UNITED STATES DISTRICT JUDGE

3