1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   MURRAY A. POWELL,                )       No. CV-F-05-1238 REC DLB
                                     )
10              Plaintiff,           )       ORDER DIRECTING PLAINTIFF
                                     )       TO ADDRESS FUTURE FILINGS
11         vs.                       )       TO THE UNITED STATES COURT
                                     )       OF APPEALS AND DIRECTING
12   CARNIVAL CRUISE LINES and       )       PLAINTIFF TO COMPLY WITH
     DOES 1 through 50,              )       THIS COURT'S ORDER AND WITH
13                                   )       ALL LOCAL RULES.
                Defendants.          )
14                                   )
     _____)
15

16

17        On November 17, 2005, the Court issued its Order Denying

18   Plaintiff's Motion to Remand, Denying Defendant's Motion to

19   Dismiss, and Transferring Action to the United States District

20   Court for the Southern District of Florida, Miami Division (the

21   "Motion").  On January 4, 2005, the Court received a letter by

22   facsimile from Plaintiff requesting permission to resubmit

23   certain documents to the Court by facsimile.  Plaintiff has

24   indicated in previous ex parte communications with the Court that

25   the documents indicate that the Court erred when it decided the

26   Motion.

                                    1

1    The Court will not relieve Plaintiff of the requirement that

2 he follow to Local Rule 5-133(e):  "Documents directly faxed to

3 the Clerk or to a chambers of the Court will not be filed,

4 lodged, received, returned, or acknowledged, absent an express

5 order of the court."  Plaintiff must mail, personally hand

6 deliver, or have another person hand deliver any filing to the

7 Clerk of the Court.  L.R. 5-133(d)(1).  Furthermore, Plaintiff is

8 required to serve on all parties to the action copies of all

9 filings.  L.R. 5-135(b).  Carnival Corporation is still a party

10 to this action.  The Court reiterates that it will not consider

11 any filings that do not comply with the Local Rules.

12    In any event, Plaintiff's notice of appeal divested this

13 Court of jurisdiction over the matters being appealed.  Natural

14 Res. Def. Council v. Southwest Marine, Inc., 242 F.3d 1163, 1166

15 (9th Cir. 2001) (citing Griggs v. Provident Consumer Disc. Co.,

16 459 U.S. 56, 58, 103 S. Ct. 400, 74 L. Ed. 2d 225 (1982) (per

17 curiam)).  This Court no longer has jurisdiction to evaluate the

18 merits of Plaintiff's arguments about which court should hear

19 this case.  This means that the Court has no authority to grant

20 Plaintiff the relief he requests, even if his filings are

21 properly submitted.

22    **Accordingly**:

23    1.    Plaintiff is directed to address future filings

24          regarding this Court's Order of November 17, 2005, to

25          the United States Court of Appeals for Ninth Circuit

26          Court, in compliance with its rules and instructions.

2

1

2    2.   Plaintiff is directed to comply with this Court's Order

3         of December 9, 2005, and with the Local Rules of this

4         district in all future filings.

5

6    IT IS SO ORDERED.

7    **Dated:  January 6, 2006**            **/s/ Robert E. Coyle**
     810ha4                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26