IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MURRAY A. POWELL, | ) | No. CV-F-05-1238 REC DLB |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR CERTIFICATE OF |
| vs. | ) | APPEALABILITY. |
| | ) | |
| CARNIVAL CRUISE LINES and DOES 1 through 50, | ) | (Doc. 30) |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 21, 2006, the Court received a document from Plaintiff Murray A. Powell labeled "REQUEST CERTIFICATE OF APPEALABILITY." Plaintiff's appeal of the Court's order of November 17, 2005, is currently proceeding before the United States Court of Appeals for the Ninth Circuit. This Court is unaware of, and Plaintiff does not provide, any reason why he requires a certificate of appealability to proceed with that or any other appeal.

**Accordingly**, Plaintiff's request for a certificate of appealability is DENIED.

1

IT IS SO ORDERED.

**Dated:  February 27, 2006**                     **/s/ Robert E. Coyle**
810ha4                                            UNITED STATES DISTRICT JUDGE